```
GARY M. RESTAINO
United States Attorney
District of Arizona
Christopher A. Brown
Assistant U.S. Attorney
Wisconsin Bar No. 1037414
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Christopher.Brown7@usdoj.gov
Attorneys for Plaintiff
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 23-07725MJ |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO SEAL CASE |
| Amir Safavi Farokhi, | |
| Defendant. | (UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 25th day of October 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Christopher A. Brown*

CHRISTOPHER A. BROWN
Assistant U.S. Attorney

NDN