CRIMINAL COMPLAINT
(Electronically submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Amir Safavi Farokhi<br>DOB: 1995; U.S. Citizen | DOCKET NO.<br><br>23-07725MJ<br><br>MAGISTRATE'S CASE NO. |

Complaint for violations of Title 18, United States Code, Sections 875(c) and 844(e)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSES OR VIOLATIONS:

Count ONE

On or about October 21, 2023, in the District of Arizona and elsewhere, the defendant Amir Safavi Farokhi, did knowingly transmit in interstate commerce a knowing, willful, and reckless threat to injure the person of another: to wit, by calling the Bloomington Police Department (BPD) in Bloomington, Indiana, and telling a BPD employee, J.B., that the defendant was watching her through her window and was going to rape and murder her. All in violation of Title 18, United States Code, Section 875(c).

Count TWO

On or about October 24, 2023, in the District of Arizona and elsewhere, the defendant Amir Safavi Farokhi, through the use of an instrument of interstate commerce, that is, a telephone, willfully made a threat to kill, injure, or intimidate any individual or unlawfully to damage or destroy a vehicle by means of fire or an explosive, to wit to place pipe bombs on schools buses in the Castleton area of Indianapolis, Indiana, in violation of Title 18, United States Code, Section 844(e).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about October 21, 2023, Tucson Police Department (TPD) received a report from Tucson ER Hospital located at 4575 E. Broadway Boulevard in Tucson Arizona. An individual called the Tucson ER Hospital and made multiple threats towards hospital staff. The suspect threatened to shoot hospital staff and patients if he did not get the medication he wanted. The call came from telephone number ending in -6955. TPD did records check on the phone number and determined the phone belonged to the defendant Amir Safavi Farokhi. On October 22, 2023, the defendant Amir Safavi Farokhi contacted Northwest Hospital in Tucson, Arizona, using the same telephone number and threatened to shoot hospital staff and patients. Northwest Hospital went into lockdown procedures for approximately two hours due to the threats by the defendant Amir Safavi Farokhi. On October 23, 2023, the defendant Amir Safavi Farokhi called Northwest Hospital using the same telephone number and stated he is 10 minutes away with a machine gun. He once again threatened to shoot everyone at the hospital. Northwest Hospital went into lockdown procedures again due to threats of deadly physical harm.

CONTINUED BELOW…

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Christopher Brown

Digitally signed by CHRISTOPHER BROWN
Date: 2023.10.25 20:46:13 -07'00'

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT

#866

OFFICIAL TITLE & NAME:
Caleb W. Yankovich, Task Force Officer, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1)]

DATE
October 25, 2023

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

CC:USM, AUSA, PTS

Detectives did further follow up pertaining to this case and determined that the defendant Amir Safavi Farokhi has recently made similar calls from the same telephone number ending in -6955 to multiple police departments in the State of Indiana.

On October 21, 2023, the defendant Amir Safavi Farokhi, using telephone number ending in -6955, called the Bloomington Police Department in Bloomington, Indiana, multiple times. On one of the calls to the Bloomington Police Department (BPD), the defendant Amir Safavi Farokhi spoke to a BPD employee, J.B. During the call, Farokhi told J.B. that he is watching her through the window and asked if J.B. could see him. Farokhi told J.B. that he is going to rape J.B. until she was dead. Farokhi then told J.B. that he was going to rape her children and proceeded to ask J.B. whether she had any children. Farokhi also told J.B. that he would wait outside for her at the end of her shift.

On or about October 22, 2023, BPD officers started to obtain emergency location information for the phone number ending in -6955. The location information BPD received on October 22 showed that the phone was in Arizona.

On October 23, 2023, the defendant Amir Safavi Farokhi, using telephone number ending in -6955, called the Indianapolis Police Department (IPD) in Indianapolis, Indiana, multiple times. During one of the calls, Farokhi told the IPD officer on the phone that IPD should send officers to a specific location in the Castleton area of Indianapolis because Farokhi planned to place pipe bombs on school buses in the area and then shoot any responding police officers.

On October 24, 2023, search warrant numbers 23SW2361 and 23SW2360 were obtained from the Pima County Superior Court to facilitate cellular location information for Farokhi. Using information derived from the above warrants, Pima County Sheriff's Department and FBI personnel located Farokhi driving a vehicle registered to him, which is a gray Nissan Sentra with Indiana license plate 187BID. After positively identifying Amir as the sole occupant and operator of the vehicle, Detectives then followed him to a residence in Tucson, Arizona.