**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Jacqueline M. Rateau | **Date:** October 27, 2023 | **SEALED** |
| **USA v. Amir Safavi Farokhi** | **Case Number:** 23-07725MJ-001-TUC-NA | |

**Assistant U.S. Attorney:** Christopher Allen Brown
**Attorney for Defendant:** Annamarie Valdivia, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present   ☒ Custody

**INITIAL APPEARANCE:** ☒ Held

☒ Complaint Filed                                                    **Date of Arrest: October 25, 2023**
☒ Financial Affidavit taken
☒ Defendant states true name to be SAME.
☒ The Court appoints FPD Annamarie Valdivia to represent the defendant.
☒ Upon motion of the Government, the Court amends the arrest warrant to reflect the issuance of the warrant due to a Complaint and to include the charges of 18:875(c) and 844(E) Threats over Interstate Communications/Threats to Destroy Property by Explosives.
☒ Defense counsel advises a motion to determine competency is forthcoming.
☒ At the request of defense counsel, the Court sets a **Detention/Preliminary Hearing for 11/9/2023 at 10:30 AM before Magistrate Judge Angela M. Martinez**.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.
☒ In the presence of government and defense counsel, the Court orally advises the Government of their Brady obligation. Written order to follow.

**Recorded By** Courtsmart                                           **IA    15 min**
**Deputy Clerk** Claudia Ballesteros
                                                                     **Start: 3:01 PM**
                                                                     **Stop:  3:16 PM**

CC: AUSA (C. Brown), FPD (A. Valdivia), PTS