AO 442 (Rev. 11/11) Arrest Warrant

☒ FILED  ☐ LODGED

**Oct 25 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Amir Safavi Farokhi

*Defendant*

Case No. 23-07725MJ

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Amir Safavi Farokhi,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See Complaint

Date:   10/25/2023

*Issuing officer's signature* — Jacqueline M. Rateau

City and state:   Tucson, Arizona

*Printed name and title*

### Return

This warrant was received on *(date)* 10/25/23, and the person was arrested on *(date)* 10/25/23
at *(city and state)* _____.

Date: 10/25/23

*Arresting officer's signature* — David Adams

*Printed name and title* — David Adams Special Agent FBI

CC: USM, AUSA(C. Brown)